In the Matter of the Proposed Change in the Map or Plan of THE CITY OF NEW YORK, etc., so as to Lay Out an Undercrossing Along the Lines of 199th Street from Ballard Lane to 99th Avenue, across the Main Line Division of the Long Island Railroad Company, Borough of Queens, etc. THE LONG ISLAND RAILROAD COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Determination of the board of estimate and apportionment unanimously confirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of JAMES J. RYAN, Executor Named in Will of THOMAS DEMPSEY, Deceased, to Vacate and Revoke the Decree, etc., Admitting to Probate an Alleged Will, etc. THERESA DEMPSEY, Individually and as Administratrix, etc., Appellant; JAMES J. RYAN, etc., Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements to respondent payable out of the estate. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of the Application of WALTER H. JEWELL, Respondent, for Peremptory Mandamus Order against MICHAEL J. MURPHY and WILLIAM EDINGER, as the Committee of Buildings of the Village of North Pelham, New York, Appellants.— Order granting motion for peremptory mandamus order revoking cancellation of permit issued to petitioner for the construction of a greenhouse unanimously affirmed, with ten dollars costs and disbursements. Paragraph 12 of the petition alleges and it is not denied that a greenhouse existed upon the premises in question. The new greenhouse sought to be erected cannot be presumed to be intended to be devoted to business or commercial use. If an attempt be made to devote a lawfully erected structure to a prohibited use, that use may be prevented in an appropriate proceeding. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of the Appeal of THOMAS J. McGUIRE, Appellant, v. CHARLES W. WYNNE, as Commissioner of Public Safety of the City of Mount Vernon, Respondent.— Determination of the commissioner of public safety of the city of Mount Vernon annulled, with fifty dollars costs, and a new trial ordered. It was error for the commissioner to consider the record of the police officer in determining his guilt upon the charges made against him. Lazansky, P. J., Hagarty, Seeger and Scudder, JJ., concur; Kapper, J., dissents and votes to confirm the commissioner's determination.

In the Matter of the Application of the QUEENS BOROUGH PUBLIC LIBRARY, Respondent, for a Peremptory Mandamus Order Directed to CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— Peremptory mandamus order unanimously affirmed, with fifty dollars costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

In the Matter of the Judicial Settlement of the Estate of MARGARET C. WELLS, Deceased. GUERNSEY S. SHEELEY, Appellant; HARRY L. WELLS, Respondent.*— Decree of the Surrogate's Court of Orange county, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., dissents.